PETERSON, by Guardian, and another, Appellants, vs. GLIM and others, Respondents.

By the Court.—Judgment affirmed.

LINCOLN COUNTY CO-OPERATIVE SHIPPING ASSOCIATION, Appellant, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellant: *Joseph Lieberman* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.